# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Brice Robert Seibert, | ) | Case No. 1:22-cr-025 |
| | ) | |
| Defendant. | ) | |

On December 29, 2022, the court issued an order conditionally releasing Defendant to Providence House for treatment. Upon completing treatment, defendant was permitted to transition to Endeavor Sober Living.

On February 22, 2023, the Pretrial Service Office submitted a petition alleging Defendant had been terminated from Endeavor Sober Living in violation of his release conditions. (Doc. No. 108). The court, upon reviewing the petition, directed the Clerk's office to issue a warrant for Defendant's arrest. (Id.).

The Pretrial Services Office has since advised the court that Endeavor Sober Living will now allow Defendant to remain at its facility. Consequently, the court **DISMISSES** Defendant's petition (Doc. No. 108) and **QUASHES** Defendant's arrest warrant (Doc. No. 109).

**IT IS SO ORDERED.**

Dated this 30th day of March, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court